

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00344-CV

John Eric Pena and Cristina F. Pena
v.
Edinburg Consolidated Independent School District, Hidalgo County, City of Edinburg,
South Texas Independent School District, Hidalgo County Drainage District #01,
Hidalgo County Irrigation District #01, and South Texas College

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. T-0239-15-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 15, 2022